STEVEN W. MYHRE
Acting United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada State Bar #: 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336/FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-mj-00678-CWH |
| vs. | STIPULATION FOR A PROTECTIVE ORDER |
| COREY WYLIE BROWN, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the Government during discovery. The parties state as follows:

1. The Complaint in this case was filed June 29, 2017, charging the Defendant with Operating a Motor Vehicle Under the Influence of Drugs, Resulting in Death or Serious Bodily Injury and Operating a Motor Vehicle with a Controlled Substance in Blood.

1

2. The preliminary hearing is currently set for August 28, 2017. The Government desires and intends to continue producing discovery, as soon as possible.

3. The discovery in this case includes multiple recorded interviews and handwritten statements by witnesses, as well as photographs of the scene and of the deceased victim. The Government believes that dissemination of the discovery in this case could reveal the personal identifying information of various witnesses as well as the deceased victim.

4. In order to protect the personal identifying information of witnesses and the deceased victim, the parties intend to restrict access to the discovery in this case to the following individuals: the defendant, attorneys for the parties, and any personnel that the attorneys for the parties consider necessary to assist in performing that attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, interpreters, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

5. Without leave of Court, the Covered Individuals shall not:
    a. make copies for, or allow copies of any kind to be made by any other person of the disovery in this case;
    b. allow any other person to read, listen, or otherwise review the discovery;
    c. use the discovery for any other purpose other than preparing to defend against or prosecute the charges in the Complaint or any further Indictment arising out of this case; or
    d. attach the discovery to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

6. Nothing in this stipulation is intended to restrict the parties' use or introduction of the discovery as evidence at the preliminary hearing, before the grand jury, at trial, or as support in motion practice.

7. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

8. Should a reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the Government will move expeditiously for its dissolution.

9. The defense hereby stipulates to this protective order.

Respectfully submitted,
For the United States:

STEVEN W. MYHRE
Acting United States Attorney

/s/
_____
CHRISTOPHER BURTON
Assistant United States Attorney


For the Defense:

/s/ Roy Nelson
_____
Roy L. Nelson, Esq.
Attorney for COREY WYLIE BROWN

IT IS SO ORDERED:

_____
CARL W. HOFFMAN
United States Magistrate Jude

August 9, 2017
_____
Date

3