UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY WYLIE BROWN,<br><br>Defendants. | 2:17-mj-678-CWH<br><br>**ORDER CONTINUING PRELIMINARY HEARING** |

# ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for December 11, 2017, at the hour of 4:00 p.m., be vacated and continued to January 19, 2018 at the hour of 4:00 p.m.

Dated: 12/08/2017

_____
UNITED STATES MAGISTRATE JUDGE