UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COREY WYLIE BROWN,<br><br>　　　　Defendants. | 2:17-mj-678-CWH<br><br>**ORDER CONTINUING PRELIMINARY HEARING** |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for January 19, 2018, at the hour of 4:00 p.m., be vacated and continued to February 23, 2018 at the hour of 4:30 p.m.

Dated: January 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE