ROY L. NELSON, ESQ.
Nevada Bar No. 7842
KAJIOKA & ASSOCIATES
8530 West Charleston Blvd, Suite 100
Las Vegas, Nevada 89117
(702) 776-7676
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>COREY WYLIE BROWN,<br><br>Defendant. | Case No. 2:17-mj-678-CWH<br><br>**STIPULATION TO CONTINUE<br>PRELIMINARY HEARING**<br>*(Seventh Request)* |

## STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America; Roy Nelson, Esq., counsel for Defendant COREY WYLIE BROWN, that the preliminary hearing for the above-captioned matter, currently scheduled for February 23, 2018, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days and respectfully not the week of March 12th.

This stipulation is entered for the following reasons:

1. Counsel has received a large number of documents in the instant matter and there is more discovery waiting for the undersigned at the United States Attorney's Office. Counsel, with the assistance of my investigator, needs more time to review all of the discovery with my client. Additionally, the United States Attorney has extended an offer that counsel needs time to discuss with the accused. The United States Attorney has expressed to the undersigned that the offer will remain open prior to the preliminary hearing but the offer may be revoked after said preliminary hearing. Therefore, counsel respectfully requests more time to discuss said offer with the client.

2. The Defendant is not in custody and does not object to the continuance.

3. The parties need additional time to prepare in advance of any preliminary hearing, taking into account due diligence.

4. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

7. This is the Seventh request for a continuance of the preliminary hearing herein.

DATED: February 21, 2018.

/s/CHRISTOPHER BURTON
CHRISTOPHER BURTON
Assistant United States Attorney
Counsel for the United States

/s/ROY NELSON
ROY NELSON, ESQ.
Counsel for Defendant

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-678-CWH |
| Plaintiff, | ORDER CONTINUING PRELIMINARY HEARING |
| v. | |
| COREY WYLIE BROWN, | |
| Defendants. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for February 23, 2018, at the hour of 4:00 p.m., be vacated and continued to March 30, 2018 at the hour of 4:00 p.m.

DATED: February 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE