ROY L. NELSON, ESQ.
Nevada Bar No. 7842
KAJIOKA & ASSOCIATES
8530 West Charleston Blvd, Suite 100
Las Vegas, Nevada 89117
(702) 776-7676
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>COREY WYLIE BROWN,<br><br>    Defendant. | Case No. 2:17-mj-678-CWH<br><br>**STIPULATION TO CONTINUE<br>PRELIMINARY HEARING**<br>*(Eighth Request)* |

## STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America; Roy Nelson, Esq., counsel for Defendant COREY WYLIE BROWN, that the preliminary hearing for the above-captioned matter, currently scheduled for March 30, 2018, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days.

This stipulation is entered for the following reasons:

1. Defendant has signed a Waiver of Indictment and the Government will be proceeding under a criminal Information. The filing of these two documents will obviate the need for a preliminary hearing.

2. The signed Waiver of Indictment and criminal Information have been submitted to the Clerk of the Court and it is the parties' understanding that the case has been assigned to the Honorable District Court Judge Richard F. Boulware. However, the case has not yet been scheduled for an initial appearance and entry of plea under the criminal Information.

3. The parties need additional time to schedule and proceed with an initial appearance and entry of plea under the criminal Information.

4. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

7. This is the Eighth request for a continuance of the preliminary hearing herein.

DATED: March 29, 2018.

/s/CHRISTOPHER BURTON
CHRISTOPHER BURTON
Assistant United States Attorney
Counsel for the United States

/s/ROY NELSON
ROY NELSON, ESQ.
Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-678-CWH |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| COREY WYLIE BROWN, | |
| Defendants. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for March 30, 2018, at the hour of 4:00 p.m., be vacated and continued to April 30, 2018, at 4 p.m.

Dated: March 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE